DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN A. SYMONETTE** a/k/a **BRIAN A. SYMONETTE, SR.,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST,** Not Individually But As Trustee For **PRETIUM MORTGAGE ACQUISITION TRUST,**
Appellee.

No. 4D18-1105

[November 8, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Senior Judge; L.T. Case No. 16-17467 CACE (11).

Brian Symonette, Moore Haven, pro se.

Adam J. Knight and Jacqueline Simms-Petredis of Burr & Forman LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***